**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL EDWARD SHOOK, Jr., | No. 11-15735 |
| Petitioner - Appellant, | D.C. No. 4:10-cv-00264-FRZ |
| v. | |
| LIONEL C. APKER, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

   Paul Edward Shook, Jr., a federal prisoner, appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2241 habeas petition.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

_____

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Shook contends the district court erred by treating his claims of inadequate medical care as arising under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), rather than section 2241. We disagree. Despite the relief he seeks, Shook's claims concern the conditions of his confinement and are properly brought under *Bivens*.

The district court acted within its discretion when it dismissed Shook's petition without prejudice for failure to comply with the court's order to file an amended complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

**AFFIRMED.**